# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUMPSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH2FITNESS LTD d/b/a REBOUND-UK, MAXIMUS LIFE LTD, JAMES WINFIELD, INDIVIDUALLY, HEATHER MOORE, INDIVIDUALLY, and DOES 1 through 50,<br><br>Defendants. | Case No. 3:16-cv-06629-LB<br><br>Hon. Laurel Beeler<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is Plaintiff JumpSport, Inc.'s Notice of Dismissal (filed on April 20, 2017). JumpSport informs the Court that it seeks to dismiss the claims alleged against Defendants Health2Fitness LTD d/b/a Rebound-UK, Maximus Life LTD, James Winfield and Heather Moore (collectively "Defendants") with prejudice to refiling. Defendants have neither responded nor appeared.

Having considered Plaintiff's notice, the case file, and the applicable law,

**IT IS SO ORDERED** that Plaintiff JumpSport, Inc.'s claims alleged against Defendants are **DISMISSED WITH PREJUDICE**.

**DATED:** April 20, 2017

_____
HONORABLE LAUREL BEELER